

FILED by **IG** D.C.
ELECTRONIC

**May 20, 2008**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

**08-21451-CIV-GOLD/MCALILEY**

INVENTION TECHNOLOGIES INC.,
a Florida corporation,

     Plaintiff,

v.

MICHAEL DE PIPPO and XCENTRIC
VENTURES, LLC, an Arizona limited liability
company, d/b/a RIP-OFF REPORT.COM,

     Defendants.

_____/

## NOTICE OF REMOVAL

     Defendant, XCENTRIC VENTURES, LLC ("Xcentric"), files this Notice of Removal

pursuant to 28 U.S.C. §§ 1441 and 1446 and states the following facts that entitle it to removal:

     1.     Xcentric is one of two defendants in the above-styled action which was

commenced on or about May 12, 2008 in the Circuit Court of the Eleventh Judicial Circuit in and

for Miami-Dade County, Florida, bearing Case No. 08-25081-CA-02 (hereinafter, the "State

Court Action"), which is embraced by this district and division.

     2.     A Verified Complaint for Damages and Injunctive Relief (the "Complaint") was

served on Xcentric in Arizona on or about May 15, 2008. Consequently, this Notice of Removal

is timely filed.

     3.     A Summons, the Complaint, a Verified Motion for Emergency Ex-Parte

Temporary Injunction, an Order Granting Plaintiff's Verified Motion for Emergency Ex-Parte

Temporary Injunction, and an Injunction Bond have been served on Xcentric in the State Court

Dockets.Justia.com

Action. To the best of Xcentric's knowledge, no other process, pleadings, papers or orders have been filed by the Plaintiff or served upon Xcentric in the State Court Action. Copies of the aforementioned process, pleadings, papers and orders are attached as Exhibit "A" to the original of this Notice of Removal and to the service copy forwarded to counsel for the Plaintiff.

4. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332(a)(1) since the controversy is between a citizens of different States and the matter in controversy exceeds $75,000.00, exclusive of interest and costs. The following facts existed at the time of the filing of this Notice of Removal and when the State Court Action was commenced in state court:

a. The Plaintiff, INVENTION TECHNOLOGIES, INC., is a citizen of the State of Florida. See Complaint, ¶ 1 ("Plaintiff . . . is a Florida Corporation, with its principal place of business in the city of Coral Gables, in Miami-Dade County, Florida.")

b. Xcentric is a citizen of the State of Arizona. Xcentric was, at the time of the commencement of this action and remains to this date, an Arizona corporation, see Complaint, ¶ 5, whose principal place of business is in Arizona. See Complaint, ¶ 1. Xcentric has never been incorporated in, nor has it maintained its principal place of business within, the State of Florida. Consequently, Xcentric is a citizen of the State of Arizona.

c. Defendant, MICHAEL DI PIPPO ("Di Pippo"), is a citizen of the State of New York who resides in the State of New York. See Complaint, ¶ 4.

d. The matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. As Count I of the Complaint demonstrates, the Plaintiff claims that Di Pippo committed the tort of defamation, which has allegedly caused Plaintiff to suffer damaged, including, but not limited, damages to its business reputation, loss of its good name, loss of

2

business, loss of good will, and other damages. Plaintiff also claims a right to recover punitive damages from Di Pippo. The Plaintiff also alleges in Count II of the Complaint that Di Pippo committed an assault upon the Plaintiff, which assault allegedly caused and continues to cause substantial harm to Plaintiff's reputation and disruption to Plaintiff's business operations. Although there is no demand in the Complaint for a specific amount of damages, the allegations of the Complaint, taken as a whole, reasonably seek damages in excess of $75,000.00.

5.    Xcentric is serving this Notice of Removal on Plaintiff's counsel by U.S. mail, First Class, postage prepaid, contemporaneous with its filing. Xcentric is also filing a copy of the Notice of Removal with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida pursuant to 28 U.S.C. § 1446.

WHEREFORE, Defendant, XCENTRIC VENTURES, LLC, gives notice of removal of the above-styled cause from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida.

Date:  May 20, 2008                   Respectfully submitted,


Brian J. Stack (Florida Bar No. 0476234)
E-mail:  bstack@stackfernandez.com
**STACK FERNANDEZ ANDERSON**
**& HARRIS, P.A.**
1200 Brickell Avenue, Suite 950
Miami, Florida 33131
Telephone:  305.371.0001
Facsimile:  305.371.0002
Attorneys for Defendant, Xcentric Ventures LLC

David Gingras, Esq. (Arizona Bar No. 021097)
Email:  dsg@jaburgwilk.com
**JABURG & WILK, P.C.**
3200 N. Central Ave. Suite 2000

3

Phoenix, AZ 85012
Tel. 602-248-1000
Fax. 602-463-0410
Of counsel to Defendant, Xcentric Ventures LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of May 2008, I manually filed the original of the

foregoing document with the Clerk of the Court. I also certify that the foregoing document is

being served this day on all counsel of record or pro se parties identified on the attached Service

List in the manner specified.

Brian J. Stack (Florida Bar No. 0476234)

4

*Invention Technologies, Inc. v. Michael Di Pippo, et al.,*
Case No. _____
United States District Court, Southern District of Florida

Gary W. Pollack, Esq.
Email: hopeylaw2112@gmail.com
Gary W. Pollack, P.A.
1260 SunTrust International Center
One S.E. 3rd Avenue
Miami, Florida 33131
Tel. 305-373-9676
Fax. 305-373-9679
Attorneys for Plaintiff

*Service via U.S. Mail and telecopy*

Daniel W. Courtney, Esq.
Email: dc@danielcourtneylaw.com
Daniel Courtney, P.A
799 Brickell Plaza, Suite 606
Miami, Florida 33131-2808
Tel: 305-579-0008
Fax: 305-358-7222
Attorney for Defendant Michael Di Pippo

*Service via U.S. Mail and telecopy*

5

# Exhibit "A"

[ X ] IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR
       DADE COUNTY, FLORIDA
[   ] IN THE COUNTY COURT IN AND FOR DADE COUNTY, FLORIDA

| GENERAL JURISDICTION DIVISION | CIVIL ACTION SUMMONS<br>Personal Service on a Natural Person<br>(En Espanol al Dorso)   (Francais Au Verso) | CASE NO.<br>08 - 2 5 0 8 1 CA 0 2 |
| --- | --- | --- |
| PLAINTIFF(S), | VS. DEFENDANT(S) | CLOCK IN |

| | | |
| --- | --- | --- |
| **INVENTION TECHNOLOGIES,<br>INC., a Florida Corporation,** | **MICHAEL DI PIPPO and XCENTRIC<br>VENTURES LLC, etc.** | |

**To Defendant:**     **XCENTRIC VENTURES, LLC.**
**Address:**    **Serve:**   **Maria Crimi Speth, Esq., Statutory Agent**
                  **3200 N Central Avenue, Suite 2000**
                  **Phoenix, AZ 85085**

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this court. A phone call will not protect you; your written response, including the case number given above and the names of the parties must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call a attorney referral service or a legal aid office (listed in the phone book).

       If you choose to file a written response yourself, at the same time you file your written response to the Court, located at:

Dade County Courthouse
73 West Flagler Street
Miami, Florida 33130

     Additional Court locations are printed on the back of this form.
You must also mail or take a copy of your written responses to the "Plaintiff/Plaintiff's Attorney" named below.

| Plaintiff/Plaintiff Attorney<br>**GARY W. POLLACK, ESQ.** | Address: **One Southeast Third Avenue, Suite 1260<br>Miami, Fl   33131<br>Tele: (305) 373-9676** |
| --- | --- |

TO THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE: You are commanded to serve this Summons and a copy of the Complaint in this lawsuit on the above named defendant.

| HARVEY RUVIN<br>CLERK OF COURTS | Court Seal | DATE<br>MAI – 5 2008 |
| --- | --- | --- |
| | BY:     DEBRA HENRY<br>         DEPUTY CLERK | |

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias contados a partir del recibo de esta notificacion para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, Incluyendo el numero de caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puedo usted consultar a un abogado immediatamente. Si no conoce a un abogado, puedo llamar a una de las oficinas de asistencia legal que aparencen en la guia teletonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta antes el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona demoninada abajo como "Plaintiff/Plaintiff Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursultes judiclares ont ele entreprises contre vous. Vous avez 20 jours consecculifs a partir de la date de l'assignation de celle citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de leleplione est insuffisant pour vous proteger. Vous eles oblige de deposer votre reponse ocrite, avec mention du numero de dossier ci-dessus el du nom des parties nommees Icl, sl vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas volre reponse ecite dans le delal requls, vous risquez de perdro la cause ainsl que votro salaire, votre argent, et vos biens puevent olre salsis par la sulte, sans aucun preavis ulterleur du tribunal. Il y a d'avocal, vous pourriez telephoner a un service de relerence d avocals ou a un bureau d'assistance juridique (ligurant a l' annuaire de telephones)

Si vous cholsissez de deposer vous-meme une reponse ecrite, il vous laudra egalement, en memo temps que celle formalite, laire parvenir ou expedier une cople de votre reponse ecrite au "Plaintiff/Plaintiff Attorney" (Plaignant ou a son avocal) nomme ci-dessous.

## COURT FACILITY LOCATIONS

Joseph Caleb Center (20)
Room 205
5400 NW 22 Avenue
Miami, FL 33142

Coral Gables District Court (25)
3100 Ponce de Leon Blvd.
Coral Gables, FL 33134

Hialeah District Court (21)
55 SW 4 Avenue
Hialeah, FL 33010

S. Dade Government Center (20)
10710 SW 211 Street
Miami, FL 33189

## ADDITIONAL COURT LOCATIONS

North Dade Justice Center (23)
Room 100
15555 Biscayne Blvd.
Miami, FL

Homestead District Court (27)
715 NE 1 Road
Homestead, FL 33030

Miami Beach District Court (24)
Room 224
1130 Washington Avenue
Miami Beach, FL 33139

Sweetwater Branch Office
500 SW 109 Avenue
Sweetwater, FL 33174

In accordance with the Americans with Disabilities Act of 1990, persons needing a special accomodation to participate in this proceeding should contact Ellis D. Pettigrew at the Dade County Courthouse, 73 West Flagler Street, Miami, Florida 33130, no later than 7 days prior to the proceeding at (305) 375-2006 (Voice), or (305) 375-2007 (TDD).

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA.

CASE NO:     08-25081 CA 02

INVENTION TECHNOLOGIES, INC.,
a Florida Corporation,

      Plaintiff,

vs.

MICHAEL DI PIPPO, and XCENTRIC
VENTURES,LLC, an Arizona Limited
Liability Company, d/b/a RIP-OFF
REPORT.COM,

      Defendant.

_____/



## VERIFIED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

COMES NOW the Plaintiff, INVENTION TECHNOLOGIES, INC., a Florida

Corporation, by and through its undersigned attorney, and files its Complaint for

Damages and Injunctive Relief against Defendants, MICHAEL DI PIPPO and

XCENTRIC VENTURES, LLC, an Arizona Limited Liability Company, d/b/a RIP-OFF

REPORT.COM (hereinafter referred to as "RIP-OFF REPORT.COM"), and in support

thereof, alleges as follows:

## PARTIES, JURISDICTION AND VENUE

### Parties

1. Plaintiff, INVENTION TECHNOLOGIES, INC., is a Florida Corporation, with its principal place of business in the city of Coral Gables, in Miami-Dade County, Florida.

2. Plaintiff is in the business of providing inventor assistance services.

3. Plaintiff employs approximately two dozen people in Miami-Dade County, Florida.

4. Defendant, MICHAEL DI PIPPO, is an individual nonresident, residing at 3063 14th Street, Astoria, NY 11102.

5. Defendant, XCENTRIC VENTURES LLC., is an Arizona Corporation, with its physical address at 3200 N Central Avenue, Suite 2000, Phoenix, AZ 85012.

6. Upon information and belief, Defendant, RIP-OFF REPORT.COM is a website owned, operated, and/or controlled by XCENTRIC VENTURES, LLC, which purports to be a forum for consumer complaints.

## Jurisdiction and Venue

7. This is an action for damages in which the matter in controversy exceeds the sum of $15,000.00, exclusive of interest, costs, attorney's fees, and punitive damages, resulting from the defamatory statements, harassment, and death threats made by MICHAEL DI PIPPO, and posted on RIP-OFF REPORT.COM.

8. Said defamatory statements, harassment, and death threats caused substantial harm to Plaintiff's business and reputation and caused Plaintiff's employees, located in Florida, severe mental anguish, and to fear for their safety.

9. The non-resident Defendant, MICHAEL DI PIPPO committed tortious acts in Florida by way of his electronic communications into Florida, and the instant suit for defamation, assault, and injunctive relief arises directly out of said communications.

10. MICHAEL DI PIPPO intentionally and maliciously targeted Plaintiff, a Florida Corporation with its principal place of business in Miami-Dade County, Florida, with tortious and defamatory statements and threats of violence, great bodily harm, and death; thus the injury from MICHAEL DI PIPPO's actions occurred in Miami-Dade County, Florida.

11. Defendant RIP-OFF REPORT.COM posted, and continues to post MICHAEL DI PIPPO's harassing and threatening statements on its website; thus, the injury from RIP-OFF REPORT.COM's actions occurred in Miami-Dade County, Florida. RIP-OFF REPORT is an interactive website, which *inter alia*, solicits and accepts donations from Florida residents and companies, publishes information on Florida residents and companies, allows consumers to search for companies in Florida, and to which Florida residents may post comments.

12. RIP-OFF REPORT.COM has sufficient minimum contacts in the state of Florida to establish personal jurisdiction, and the exercise of the 11th Judicial Circuit Court's jurisdiction over RIP-OFF REPORT.COM comports with due process.

13. Jurisdiction and venue are proper in Miami-Dade County, for both Defendants under Florida's long-arm statue (Fla. Stat. § 48.193(1)(b)).

## **GENERAL ALLEGATIONS**

14. In or around December of 2000, MICHAEL DI PIPPO first contacted Plaintiff requesting its inventor assistance services.

15. In or around April of 2002, MICHAEL DI PIPPO sent Plaintiff preliminary, general information regarding his invention idea. Plaintiff no loner has a copy of these materials.

16. In or Around May of 2002, Plaintiff declined to provide its services to MICHAEL DI PIPPO and notified him that Plaintiff could not assist him and his idea was rejected.

17. There was never any commercial relationship between the Plaintiff and Defendant.

18. Plaintiff has at all times kept MICHAEL DI PIPPO's invention idea confidential.

19. In April of 2008, MICHAEL DI PIPPO authored and sent two harassing and threatening 'consumer complaints' to website RIP-OFF REPORT.COM, which are the subject of the instant Complaint (hereinafter collectively referred to as "Rip-off Report Postings"). Both Rip-off Report Postings are attached hereto as Composite Exhibit "A".

20. On April 20th, 2008 and on April 23rd, 2008, MICHAEL DI PIPPO made intentional, malicious, and unlawful defamatory statements and threats of violence, great bodily harm, and death, directed towards the employees and principals of Plaintiff Corporation. (See Attached Composite Exhibit "A").

21. RIP-OFF REPORT.COM posted MICHAEL DI PIPPO's harassing and threatening statements to its website, where are currently freely accessible to the public.

22. In the two defamatory and threatening Rip-off Report Postings, MICHAEL DI PIPPO accuses Plaintiff of stealing his idea, and numerous times, refers to the company as "thieves". (See Composite Exhibit "A").

23. *Inter alia*, MICHAEL DI PIPPO makes the following threats of violence, great bodily harm, and death, in the Rip-off Report Postings:

    a. "I told my girlfriend at the time, that I was going to get a plane ticket, go to Invent Tech's offices and systematically murder the heads of the company. . ."

    b. "I want revenge."

    c. "I am no longer with the girl who held me down and back from their executions."

    d. "Where I come from bullets are a lot cheaper."

    (Note, said statements are excerpts—Please See Composite Exhibit "A".)

24. The aforementioned statements constitute assault under Fla. Stat. § 784.011.

25. MICHAEL DI PIPPO further incites others to commit violent acts against Plaintiff, its principals and its employees.

26. MICHAEL DI PIPPO's threats of violence, great bodily harm, and death in the Rip-off Report Postings, were viewed by INVENTION TECHNOLOGIES INC.'s employees, and created actual, reasonable fear of imminent peril amongst Plaintiff's employees.

27. Rip off report has a contract with its 'members (persons that post to its website), entitled: "Ripoff Report Membership Terms & Conditions."

Complaint: Invention Technologies v. Di Pippo: Page 5 of 15
Gary W. Pollack, P.A.
1260 SunTrust Int'l Center ∞ One S.E. Third Ave. ∞ Miami, Florida 33131-1714 ∞ Tel. (305) 373-9676

13 of 64

28. Paragraph 2 of the rip-off report contract[1] states:

> **"2. Online Conduct**
>
> **You agree that:**
> You are solely responsible for the content or information you publish or display (hereinafter, "post") on ROR.
> <u>You will NOT post on ROR any defamatory, inaccurate, abusive, obscene, profane, offensive, threatening, harassing, racially offensive, or illegal material, or any material that infringes or violates another party's rights</u> (including, but not limited to, intellectual property rights, and rights of privacy and publicity). You will use ROR in a manner consistent with any and all applicable laws and regulations. By posting information on ROR, you warrant and represent that the information is truthful and accurate. You will not post, distribute or reproduce in any way any copyrighted material, trademarks, or other proprietary information without obtaining the prior written consent of the owner of such proprietary rights and except as otherwise permitted by law."        [Emphasis Added.]

29. Before a 'consumer complaint' is posted to the website, where it can be viewed by the public, RIP-OFF REPORT.COM/ XCENTRIC VENTURES, LLC.'s agents review the report to redact profanity, obscenity, threats, etc., so that it will comport with the contractual terms of the Rip-off Report Membership Terms & Conditions Contract.

30. RIP-OFF REPORT.COM has failed to enforce the terms of its contract with MICHAEL DI PIPPO, and has failed to redact MICHAEL DI PIPPO's egregious harassing and threatening statements in the Rip-off Report Postings.

31. RIP-OFF REPORT.COM has an explicit written policy of never removing any postings from its website. Thus, a court order is required to remove MICHAEL DI PIPPO's Rip-off Report Postings.

32. Paragraph 5 of the Rip-off report contract states:

> **"5. Removal of Information**

---

[1] Note "You" refers to the member/person posting; ROR refers to Rip-off Report.com.

Complaint: Invention Technologies v. Di Pippo: Page 6 of 15
Gary W. Pollack, P.A.
1260 SunTrust Int'l Center ∞ One S.E. Third Ave. ∞ Miami, Florida 33131-1714 ∞ Tel. (305) 373-9676

14 of 64

By posting information on ROR, you understand and agree that the material will not be removed even at your request. You shall remain solely responsible for the content of your postings on ROR.
While we do not and cannot review every message posted by users of the Service, and are not responsible for any content of these messages, we reserve the right, but are not obligated, to delete or remove profanity, obscenities, threats of physical violence or damage to property, and private financial information such as social security numbers and credit card information."

## COUNT 1: DEFAMATION

The allegations set forth in paragraphs 1 through 32 are reallaged and reincorporated as through fully set forth herein.

33. This is a count for libel per se, against MICHAEL DI PIPPO.

34. Plaintiff has satisfied all conditions precedent to maintaining this action. No presuit notice is required, as Defendant MICHAEL DI PIPPO is not a media defendant and the defamation occurred online.

35. MICHAEL DI PIPPO published false statements regarding Plaintiff to third parties, the falsity of which has caused great harm to Plaintiff.

36. Defendant's defamatory statements in the Ripoff Report Article regarding Plaintiff were completely false and Defendant knew they were false when they were published. Said statements were intentional, willful, and wanton, and the product of ill will and hostile intent to injure the business and reputation of Plaintiff.

37. Defendant's false and malicious statements prejudice Plaintiff in the conduct of its business, impugn Plaintiff's methods of doing business, and deter third persons from dealing with Plaintiff, and constitute libel per se.

38. As a direct and proximate cause of MICHAEL DI PIPPO's defamatory statements, Plaintiff has suffered damages including, but not limited to: damage to its business reputation, loss of its good name, loss of business, loss of good will, and other damages.

39. The acts of MICHAEL DI PIPPO demonstrate a lack of business ethics, a depraved heart, and malice aforethought, and this Court should allow Plaintiff, after demonstrating entitlement thereto pursuant to the Uniform Tort Reform Act, to amend its Complaint to pray for punitive damages in order to punish Defendant, prevent such depraved behavior in the future, and to dissuade MICHAEL DI PIPPO from continuing his course of unethical and unlawful conduct.

WHEREFORE Plaintiff respectfully requests judgment against MICHAEL DI PIPPO for general and special damages, and to allow Plaintiff to amend its complaint to pray for punitive damages pursuant to the Uniform Tort Reform Act, after demonstrating entitlement thereto, along with any such other relief this Court deems just and proper.

## COUNT 2: ASSAULT

The allegations set forth in paragraphs 1 through 32 are realleged and reincorporated as though fully set forth herein.

40. This is a count for assault against Defendant MICHAEL DI PIPPO.

41. On April 20th, 2008 and on April 23rd, 2008, MICHAEL DI PIPPO made intentional, malicious, and unlawful defamatory statements and threats of violence, great bodily harm, and death, directed towards the employees and principals of Plaintiff Corporation. (See Attached Composite Exhibit "A").

Complaint: Invention Technologies v. Di Pippo: Page 8 of 15
Gary W. Pollack, P.A.
1260 SunTrust Int'l Center ∞ One S.E. Third Ave. ∞ Miami, Florida 33131-1714 ∞ Tel. (305) 373-9676

16 of 64

42. MICHAEL DI PIPPO's Rip-off Report Postings were made with malicious intent, and for what MICHAEL DI PIPPO describes as "revenge." Said Rip-off Report Postings demonstrate malice aforethought, an utter disregard for the law, and a wanton state of mind with which MICHAEL DI PIPPO violated Plaintiff and its employees' legal rights.

43. MICHAEL DI PIPPO's threats of violence, great bodily harm, and death in the Rip-off Report Postings, were viewed by INVENTION TECHNOLOGIES INC.'s employees, and created actual, reasonable fear of imminent peril amongst Plaintiff's employees.

44. MICHAEL DI PIPPO had and continues to have the present apparent ability to effectuate his threats of violence, great bodily harm, and death. To wit, based upon information and belief, MICHAEL DI PIPPO owns firearms, and he has posted pictures of himself with a gun on the internet. (See Attached Exhibit "C".)

45. MICHEAL DI PIPPO's threats of violence, great bodily harm, and death in the Rip-off Report Postings have directly and proximately:

    a. caused and continue to cause substantial harm to Plaintiff's reputation and disruption to its business operations; and

    b. caused and continue to cause Plaintiff's employees, located in Miami-Dade County, Florida, severe mental anguish and to fear for their safety.

46. The acts of MICHAEL DI PIPPO demonstrate malice aforethought, an utter disregard for the law, and a wanton state of mind with which MICHAEL DI PIPPO violated Plaintiff and its employees' legal rights, and this Court should allow Plaintiff, after demonstrating entitlement thereto pursuant to the Uniform Tort Reform Act, to

amend its Complaint to pray for punitive damages in order to punish Defendant, prevent such depraved behavior in the future, and to dissuade MICHAEL DI PIPPO from continuing his course of harassing, threatening, and unlawful conduct.

WHEREFORE Plaintiff respectfully requests judgment against MICHAEL DI PIPPO for damages, and to allow Plaintiff to amend its complaint to pray for punitive damages pursuant to the Uniform Tort Reform Act, after demonstrating entitlement thereto, along with any such other relief this Court deems just and proper

## COUNT 3: INJUNCTIVE RELIEF

The allegations set forth in paragraphs 1 through 32 are reallaged and reincorporated as through fully set forth herein.

47. This is a count for injunctive relief against Defendants, MICHAEL DI PIPPO and XCENTRIC VENTURES, LLC, d/b/a RIP-OFF REPORT.COM.

48. Plaintiff seeks to obtain a permanent injunction against MICHAEL DI PIPPO to order him to retract his harassing and threatening statements posted on RIP-OFF REPORT.COM, to order RIP-OFF REPORT.COM to remove MICHAEL DI PIPPO's On April 20th, 2008 and on April 23rd, 2008 postings, and to enjoin MICHAEL DI PIPPO from making any further defamatory, harassing and threatening statements regarding Plaintiff, its employees, and/or its principals.

49. MICHAEL DI PIPPO's threats of violence, great bodily harm, and death in the Rip-off Report Postings, were viewed by INVENTION TECHNOLOGIES INC.'s employees, and created actual, reasonable fear of imminent peril amongst Plaintiff's employees.

Complaint: Invention Technologies v. Di Pippo: Page 10 of 15
Gary W. Pollack, P.A.
1260 SunTrust Int'l Center ∞ One S.E. Third Ave. ∞ Miami, Florida 33131-1714 ∞ Tel. (305) 373-9676

18 of 64

50. MICHAEL DI PIPPO had and continues to have the present apparent ability to effectuate his threats of violence, great bodily harm, and death. To wit, based upon information and belief, MICHAEL DI PIPPO owns firearms, and he has posted pictures of himself with a gun on the internet. (See Attached Exhibit "C".)

51. MICHEAL DI PIPPO's threats of violence, great bodily harm, and death in the Rip-off Report Postings have directly and proximately:

   a. caused and continue to cause substantial harm to Plaintiff's reputation and disruption to its business operations; and

   b. caused and continue to cause Plaintiff's employees, located in Miami-Dade County, Florida, severe mental anguish and to fear for their safety.

52. RIP-OFF REPORT.COM's failure to enforce the terms of its contract (specifically, paragraph 2) with MICHAEL DI PIPPO has caused harm to Plaintiff and its employees.

53. The harm is ongoing, as Plaintiff's employees continue to be in fear of violence, great bodily harm, and death against them by MICHAEL DI PIPPO, and Plaintiff's business operations continue to be interrupted due to said fear.

54. Because the harm to Plaintiff is ongoing, Plaintiff has no adequate remedy at law.

55. As a result of MICHAEL DI PIPPO's tortious conduct, Plaintiff and its employees have suffered irreparable injury and severe mental anguish, and will continue to suffer irreparable injury and severe mental anguish, unless and until Defendant is ordered to retract his harassing and threatening statements by removing the Rip-off

Reports Postings, and Defendant is enjoined from making further harassing and/or threatening statements towards Plaintiff, its employees, and/or principals.

56. There is a substantial likelihood of success on the merits on Plaintiff's count for Assault.

57. The balance of harms weighs in favor of Plaintiff; the ongoing injury to Plaintiff and its employees is vast, while any possible injury to Defendants from removing the posted harassing and threatening material is slight or nonexistent.

58. Public policy favors restricting threats of violence, great bodily harm, and death, which serves no public benefit, and preventing innocent employees from experiencing mental anguish.

59. The Rip-off Report Postings must be removed as soon as possible in order to alleviate Plaintiff's employee's fears of harm and severe mental anguish.

60. Plaintiff has satisfied all conditions precedent to maintaining this action.

WHEREFORE Plaintiff respectfully requests this Honorable Court to issue its Order against Defendants, as follows:

    a) That MICHAEL DI PIPPO shall retract his harassing and threatening postings from RIP-OFF REPORT.COM; specifically:

        i. The April 20th, 2008 posting, entitled: "Invent Tech They Stole the (original) Spiderman web shooter Glove Idea from me! Internet."

Complaint: Invention Technologies v. Di Pippo: Page 12 of 15
Gary W. Pollack, P.A.
1260 SunTrust Int'l Center ∞ One S.E. Third Ave. ∞ Miami, Florida 33131-1714 ∞ Tel. (305) 373-9676

20 of 64

    ii.    The April 23rd, 2008 posting, entitled: "Invent-Tech UPDATE - Invent Tech - I Filed a Complaint with the Fedral Trade Commission... Internet."

b) That MICHAEL DI PIPPO is ordered to instruct XCENTRIC VENTURES, LLC, d/b/a RIP-OFF REPORT.COM. in writing to retract and permanently remove said harassing and threatening Rip-off Report Postings, referenced in a) above, from the RIP-OFF REPORT.COM website, and that MICHAEL DI PIPPO shall file his written instructions to remove the Rip-off Report Postings within ten (10) days of being served with this Order.

c) That XCENTRIC VENTURES, LLC, d/b/a RIP-OFF REPORT.COM. is ordered to update its website as follows:

    i.    The postings described in a) above shall be removed from RIP-OFF REPORT.

    ii.    There shall be no reference to the postings described in a)

    iii.    The space formerly occupied by the postings described in a) shall remain blank.

d) That XCENTRIC VENTURES, LLC, d/b/a RIP-OFF REPORT.COM. is enjoined from directly or indirectly posting, hosting or disseminating any harassing or threatening statements regarding Plaintiff, INVENTION TECHNOLOGIES, INC, and/or its owners, officers, employees, and/or agents.

e) That Defendant, MICHAEL DI PIPPO., shall cease and desist and is enjoined from directly or indirectly, making or causing to be made, or posting or statement which is defamatory, harassing, and/or threatening regarding Plaintiff, INVENTION TECHNOLOGIES, INC., and/or owner, officers, employees, and/or agents in the future; and

f) This Court shall retain jurisdiction over the parties hereto, and the subject matter of this cause, to enforce the instant Order, and to award applicable damages, attorney's fees, and costs, and any other relief this Court deems just and proper.

DATED this __5__ day of April, 2008.

Respectfully submitted,

GARY W. POLLACK, P.A.
Attorney for Plaintiff
1260 SunTrust International Center
One S.E. 3rd Avenue
Miami, FL 33131
Tel: (305) 373-9676
Fax:(305) 373-9679

By: _____
Gary W. Pollack
Fla. Bar # 313114

**VERIFICATION**

I, Peter Doran , authorized representative of Invention Technologies, Inc. ,

and in my capacity of the position of _____President_____ within the company,

declare under penalty of perjury under the laws of the United States of America and

pursuant to 28 U.S.C. ' 1746 and Fla. Stat. ' 92.525, that I have read the foregoing

Plaintiff=s Verified Complaint against Defendants, DiPippo, et. al., and the facts stated

herein are true and correct.

Dated: ~~April~~ May 5 , 2008

Name:

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

    MAY
The foregoing instrument was acknowledged before me this 5TH day of
~~April~~, 2008, by _PETER DORAN_____ .

_Allan Sequeira 05/05/08_
NOTARY PUBLIC STATE OF FLORIDA

_ALLAN SEQUEIRA_
Print, type, or stamp commissioned
name of notary

✓ Produced Identification

FL DL # _D650-677-58-302-0_

Allan Sequeira
Commission # DD531358
Expires: MAR. 21, 2010
WWW.AARONNOTARY.com

**Submitted: 4/20/2008 8:55:56 AM**

To Whom it May Concern,

I am a Sheetmetal worker in NYC. I am in charge of the sign division/outdoor advertisements. I do the ball in Times Square for New Years each yr, maintain all of the billboards, big screen tvs, moving images & signage on Broadway, 42nd street & Times Square. As part of my job, we do mass advertisements sometimes hudreds of feet tall & wide. We hang billboards, signs for upcoming movies, adverts for companies etc.. Before the 1st spiderman movie came out, I called Marvel & told them about an Idea I had & that we had to act fast because (this can be corroberated) I was just about to install a 40' blow up version of spiderman on Lowe's theater in Times Square as a promotion for the upcoming Spiderman movie. The woman from Marvel stopped me in my tracks during the phone call & said 'DO NOT tell me anything, you must protect your Idea'. So, I followed her advice & after a few minutes, we discussed a few different things but never my full Idea. We then ended the call. My next call was to Invent Tech, which I thought was a reputable company. I discussed a little about the Idea & didn't want to tell them the rest of my Idea until it was protected. He (not sure of the person's name I spoke to since it was several yrs ago) ASSURED me that if I signed a confidentiallity agreement, I would be safe. So, I did, I also sent in a drawing of my invention. (also attached)

Three weeks to a month later I received a letter from them (Invent Tech) stating that they did not want to pursue the Idea & that I was on my own, blah blah blah. My Idea was a spiderman glove that shot silly string. Not 3 months later, MY idea was on tv for sale. I was enraged & didn't know what to do. The spiderman movie came out & I started seeing several commercials for the simple glove & the silly string can that attached to it to shoot a simulated web. I told my girlfriend at the time, that I was going to get a plane ticket, go to Invent Tech's office & systematically murder the heads of the company in their desk chairs since they lied to me & stole my chances at a better more fruitful life & that if the Idea went through, they were behind it because nothing goes on in a big company without the heads of the companies knowing about it. My girlfriend threatened to leave me if I continued to talk that way, so I was forced to shut up about it. We didn't have money for a lawyer, so the Idea of getting back at them died.

She convinced me that Invent Tech wouldn't do that to me or anyone else because they were a big company & didn't need to do that. I finally calmed down & forgot about chasin my my dream due to the love I had for my girlfriend. I kept the paperwork since 1992. Then I did a web search because I was always curious about what would or could have been. Then I see all these accusations on the web against them & my pain has begun again. April 29th 92' is the anniversary of my submittal. I am not starving now by any means. I make $38.00 + an hr as a Union worker & since then have accumulated several licenses in my field ranging from a NYC Crane Operator, welder, Scaffolding, O.S.H.A certs etc.. So I don't want anyone to think I am some bandwagon jumper. I did a thorough search for my initial sketch & finally found it. I was elated. Now I would like to know if 6 yrs is too long to sue them since I do have money, whom do I spoeak to about it & if there is a special lawyer for this. I figured your co. would know better what to do.



I am no longer with the girl who held me down & back from their executions. In a way I am glad she did. I would've had to do the deed, then punch out myself as well because I will NEVER go to jail because of something I didn't deserve & at the time I thought they deserved a violent death as I do to this day, each & every one who was responsible for the actual deed. My life is a little more full & I have a great one at that. However, it's a matter of principal. I want revenge. I researched & saw that another version of the web blaster silly string shooter has been made, & saw that millions are being made out of my original Idea. The new one is a lot more advanced than my Idea & frankly puts mine to shame. I kept the sketch w/ Invent Tech's headers & confidentiality agreement which I gleefully signed & submitted.. I feel I was robbed. I am too old & have too mch to lose by killing anyone now. Although I do pray the ones that stole & profited from my Idea are killed in a car crash on Christmas Morning & will continue to do till my own death. What should I do? Please, I do not want anyone to think I am some unstable nut. I am not. I am a hard working individual, I run my own company online & still work as a NYC Crane Operator. Thank God I went back to school & took a few yrs of college or I would feel trapped in this life & still want to take revenge myself!

I decided to take pictures of the agreement to share with others & give my story an element of truth & you may use them on your web site as well. I have no fear of reprisal about what I have written or told here today. I am innocent of any wrong doings other than wanting a better life for myself & family. Nobody has been injured or harmed in any way shape or form, other than myself! I wish it were the other way around!!! I'm sure that if a young man with NOTHING to lose that has been wronged by this company or others acts out what every person is thinking of doing to big corporations who purposely steal & shun the little guy in this world, I'm sure NO invention company would ever steal another Idea from someone again. That man would be a pioneer! The dates of the pictures of my confidential agreement (attached) are inaccurate. They were taken Sunday, April 19th 2008. There is something wrong with the dates on my camera because it was bought on eBay.com as a damaged product. The date on the agreement is 4/29/02. That is accurate, right before the first Spiderman movie came out. The thieves at Invent Tech owe my X girlfriend their lives! I am creating a web site in Invent Tech's name to showcase my story & ordeal so that other potential income from weary inventors NEVER finds their way into their bank account or hands! Let them come after me. This remains unfinished business with me. It is still personal & dear to my heart! Too bad Invent Tech doesn't have an open email address instead of a web contact form. I called them Friday & left a message that I have recovered the paperwork, along with my phone number. They did not return my call, nor do I think they will ever.

On 911 I was in NYC operating a crane on 6th Ave at the time of the attacks on the WTC. I was caught in the hail of debri from the falling buildings. Then rushed to a hospiltal due to breathing difficulties. After observation, I was released & given some medication to help my breathing. I then saw fit to return to ground zero & help my City to recover. We were told my City officials that the air was clear & it was safe to return & help out my fellow man, which I willingly did. It was a terrible experience for all. I still have nightmares that wake me from sound sleep in a cold sweat.

I have since been inducted into the federal WTC Monitoring program in which they evaluated & diagnosed my illness. I will be on medication for the rest of my life. I take Singulair, Proventil & Advair to help me breathe each day. I will forever be bound to 911 by memories, numerous Dr's visits & trouble breathing. After one full year, I was told that some of my friends had passed away that day. I was both angered & sad. Carlos Lllo who was the only EMS worker killed, a childhood friend named Christopher Santora, a firefighter from Queens & another friend Chris Duffy, who had worked in the World Trade Center. I

created a web site for all who fell that day in my friend's memories called http://nyfd.org
When I made the web site, there were only two friends that I knew of, who didn't make it.
To this day the count is at seven. I still have a lump in my throat when I think of that day,
as I do writing this today.
One day I pray that I will have the courage to go & edit the site's death count. I am not
ready yet, nor do I know when I will be.

You have my full permission to use this testimony for free as you wish or see fit! Any
questions, please feel free to contact me.

Regards,
Michael Di Pippo, President & CEO
http://penrodsINC.com

p.s. I have the photos, actual paperwork, letters of the confidentiality agreement between
Invent - tech Thieves & myself. Also, if anyone thinks what I wrote is way too harsh & that
taking action against someone physically is wrong, you didn't grow up in NYC. Snitches
wore stiches. You had to do your own dirty laundry! This is my God given name & my
company. To this day I fear nothing. I was brought up to believe 'If you're in the right, keep
up the fight, sooner or later all others will join your plight'

I have come to believe that companies like invent tech with millions of dollars operate by
stealing an idea, sending you a discouraging letter in hopes of thwarting your efforts of
following up on your idea all the while patenting, negotiating behind your back for the sale
of your idea(s). If they are caught or busted or found guilty in a court of law, they simply
pay restitution ( a small amount) & keep operating their company with the rest of the
income they dervived from stealing your ideas. They always come out the winner. They
have the means & money to battle anyone in the legal world with high cost lawyers, while
you struggle with the decision to go after them & have a hard time making ends meet.
Where I come from, bullets are a lot cheaper! We didn't dial 911.

Michael
Astoria, New York
U.S.A.

**Submitted: 4/21/2008 7:21:46 AM**

I filed a Complaint with the Federal Trade Commission about Invent - Tech Thieves! The Better Business Bureau is NEXT!

Let me be the first to tell Invent Tech,.. Well, 100th person.. A BIG F**** You to them & It's only a matter of time before your company collapses! I am systematically destroying your company for what you did to me. How does it feel to get F***ed?

You'll never rob another inventor again. Ripoffreport.com will be posting pictures I've submitted as PROOF of you screwing me over for a product that is now making millions of dollars & had a spinoff invention created from my original Idea. I wish I found ripoffreport.com in 2002. I would've submitted so many reports that when someone typed in Invent-Tech, MY reports would have a higher search engine placement than your own company!

I saw how you threaten people on the phone, attempt to use scare tactics etc.. I'm shaking in my boots!

Original Ripoffreport.com report:
http://ripoffreport.com/reports/0/327/RipOff0327444.htm

Michael
Astoria, New York
U.S.A.

# http://www.ripoffreport.com/termsofservice.asp

## 1. Ripoff Report Membership Terms & Conditions

To use this service, you must be at least 14 years old.
www.RipoffReport.com ("ROR") is an online forum created to help keep consumers informed. ROR is operated by Xcentric Ventures, L.L.C. located at:

**Xcentric Ventures, L.L.C.**
Ripoff Report
P.O. Box 310
Tempe, AZ 85280
(602) 359-4357

This is a legal agreement ("Agreement") between you and Xcentric Ventures, L.L.C. ("Xcentric"). Please read the Agreement carefully before registering for ROR. By registering for ROR, you agree to be bound by the terms and conditions of this Agreement (the "Terms"). If you do not agree to the Terms, you are not permitted to use ROR.

The Terms are subject to change by Xcentric, at any time, without notice, effective upon posting of a link to same on our website. Persons who are under 14 years old may not register for ROR. By registering with ROR, you represent and warrant that you are at least 14 years old.

Xcentric reserves the right to immediately suspend or terminate your registration with ROR, without notice, upon any breach of this Agreement by you which is brought to Xcentric's attention.

Your registration with ROR is for your sole, personal use. You may not authorize others to use your user identification and password, and you may not assign or otherwise transfer your account to any other person or entity.

## 2. Online Conduct

**You agree that:**

You are solely responsible for the content or information you publish or display (hereinafter, "post") on ROR.

You will NOT post on ROR any defamatory, inaccurate, abusive, obscene, profane, offensive, threatening, harassing, racially offensive, or illegal material, or any material that infringes or violates another party's rights (including, but not limited to, intellectual property rights, and rights of privacy and publicity). You will use ROR in a manner consistent with any and all applicable laws and regulations. By posting information on ROR, you warrant and represent that the information is truthful and accurate.

You will not post, distribute or reproduce in any way any copyrighted material, trademarks, or other proprietary information without obtaining the prior written consent of the owner of such proprietary rights and except as otherwise permitted by law.

## 3. Indemnity

You will defend, indemnify, and hold harmless Xcentric, its officers, directors, employees, agents and third parties, for any losses, costs, liabilities and expenses (including reasonable attorneys' fees) relating to or arising out of your use of ROR, including, but not limited to, any breach by you of the terms of this Agreement



# EXHIBIT B

## 4. Online Content

Opinions, advice, statements, offers, or other information or content made available through ROR are those of their respective authors and not of Xcentric, and should not necessarily be relied upon. Such authors are solely responsible for the accuracy of such content. Xcentric does not guarantee the accuracy, completeness, or usefulness of any information on ROR and neither adopts nor endorses nor is responsible for the accuracy or reliability of any opinion, advice or statement made. Under no circumstances will Xcentric be responsible for any loss or damage resulting from anyone's reliance on information or other content posted on ROR.

## 5. Removal of Information

By posting information on ROR, you understand and agree that the material will not be removed even at your request. You shall remain solely responsible for the content of your postings on ROR.
While we do not and cannot review every message posted by users of the Service, and are not responsible for any content of these messages, we reserve the right, but are not obligated, to delete or remove profanity, obscenities, threats of physical violence or damage to property, and private financial information such as social security numbers and credit card information.

## 6. Proprietary Rights/Grant of Exclusive Rights

By posting information or content to any public area of www.RipoffReport.com, you automatically grant, and you represent and warrant that you have the right to grant, to Xcentric an irrevocable, perpetual, fully-paid, worldwide exclusive license to use, copy, perform, display and distribute such information and content and to prepare derivative works of, or incorporate into other works, such information and content, and to grant and authorize sublicenses of the foregoing.

## 7. Information Supplied by You

Except as provided otherwise in its privacy policy, Xcentric will keep confidential all information supplied by you to Xcentric, and shall use or disclose such information only for the purposes for which such information was collected, or as required by law.

## 8. Disclaimer of Warranty

Xcentric provides ROR on an "as is" basis and grants no warranties of any kind, express, implied, statutory, in connection with ROR or in connection with any communication with Xcentric or its representatives, or otherwise with respect to ROR. Xcentric specifically disclaims any implied warranties of merchantability, fitness for a particular purpose, or non-infringement. Xcentric does not warrant that ROR's connection to the internet will be secure, uninterrupted, always available, or error-free, or will meet your requirements, or that any defects in ROR will be corrected.

## 9. Limitation of Liability

In no event will Xcentric be liable: (i) to you for any incidental, consequential, or indirect damages arising out of the use of or inability to use ROR, even if Xcentric or its agents or representatives know or have been advised of the possibility of such damages or; (ii) to any person other than you. In addition, Xcentric disclaims all liability, regardless of the form of action, for the acts or omissions of other members or users (including, but not limited to, unauthorized users, or "hackers") of ROR.

## 10. State by State Variations

Certain jurisdictions limit the applicability of warranty disclaimers and limitations of liability so the above disclaimers of warranty and limitations of liability may not apply to you.

## 11. General Provisions

You agree that Arizona law (regardless of conflicts of law principles) shall govern this Agreement, that any dispute arising out of or relating to this Agreement shall be subject to the exclusive venue of the federal and state courts in the State of Arizona, and that you submit to the exclusive jurisdiction of the federal and state courts in the State of Arizona in connection with ROR or this Agreement. This Agreement, accepted upon registering for ROR, contains the entire agreement between you and Xcentric regarding the use of ROR. This Agreement may only be amended upon notice by Xcentric to you, or by a writing signed by you and an authorized official of Xcentric. Unless otherwise explicitly stated, the Terms will survive termination of your registration with ROR. If any provision of this Agreement is held invalid, the remainder of this Agreement shall continue in full force and effect.

## 12. Copyright Policy/Termination of User Privileges for Infringement and Contact Information for Suspected Copyright Infringement/DMCA Notices

We will terminate the privileges of any user who uses ROR to unlawfully transmit copyrighted material without a license, express consent, valid defense or fair use exemption to do so. In particular, users who submit user content to ROR, whether articles, images, stories, software or other copyrightable material must ensure that the content they upload does not infringe the copyrights of third parties.
If you believe that your copyright has been infringed through the use of ROR, please contact our Customer Service department at: info@ripoffreport.com or mail/fax at:
Ripoff Report Legal Department - Copyright Policy
P.O. Box 310
Tempe, AZ 85280
(602) 356-4357
You may also access contact information for ROR's Registered DMCA Agent via the United States Copyright Office's website here:
http://www.copyright.gov/onlinesp/agents/xcetven.pdf.



Printed from http://www.myspace.com/penfishingrods on May 5, 2008[1]

# EXHIBIT C

---

[1] Plaintiff claims no rights in this photograph.

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO: 08-25081 CA 02

INVENTION TECHNOLOGIES, INC.,
a Florida Corporation,

      Plaintiff,

vs.

MICHAEL DI PIPPO, and XCENTRIC
VENTURES,LLC, an Arizona Limited
Liability Company, d/b/a RIP-OFF
REPORT.COM,

      Defendant.



_____/

## VERIFIED MOTION FOR EMERGENCY EX-PARTE TEMPORARY INJUNCTION

      COMES NOW the Plaintiff, INVENTION TECHNOLOGIES, INC., a Florida

Corporation, by and through its undersigned attorney, and files its Verified Motion for

Emergency Ex-parte Temporary Injunctions against Defendants, MICHAEL DI PIPPO

and XCENTRIC VENTURES, LLC, an Arizona Limited Liability Company, d/b/a RIP-

OFF REPORT.COM (hereinafter referred to as "RIP-OFF REPORT.COM"), and in

support thereof, states as follows:

## BACKGROUND INFORMATION

1. Plaintiff, INVENTION TECHNOLOGIES, INC., is a Florida Corporation, with its

    principal place of business in the city of Coral Gables, in Miami-Dade County,

    Florida.

2. Plaintiff benefits the community by providing inventor assistance services.

3. Plaintiff employs approximately two dozen people in Miami-Dade County, Florida.

4. In or around December of 2000, MICHAEL DI PIPPO first contacted Plaintiff requesting its inventor assistance services.

5. In or around April of 2002, MICHAEL DI PIPPO submitted preliminary, general information regarding his invention idea to Plaintiff.

6. In or Around May of 2002, Plaintiff declined to provide its services to MICHAEL DI PIPPO and notified him that Plaintiff could not assist him and his idea was rejected.

7. There was never any commercial relationship between the Plaintiff and Defendant.

8. Plaintiff has at all times kept MICHAEL DI PIPPO's invention idea confidential.

9. Upon information and belief, Defendant, XCENTRIC VENTURES LLC., owns, operates and/or controls the website RIP-OFF REPORT.COM, which purports to be a forum for consumer complaints.

10. On April 20th, 2008 and on April 23rd, 2008, MICHAEL DI PIPPO made intentional, malicious, and unlawful threats of violence, great bodily harm, and death, directed towards the employees and principals of Plaintiff Corporation. (See Attached Composite Exhibit "A").

11. MICHAEL DI PIPPO authored and sent two harassing and threatening 'consumer complaints' to website RIP-OFF REPORT.COM, (hereinafter collectively referred to as "Rip-off Report Postings"), which are the subject of the instant Complaint and attached hereto as Composite Exhibit "A".

12. RIP-OFF REPORT.COM posted MICHAEL DI PIPPO's harassing and threatening statements to its website, which are currently freely accessible to the public.

13. *Inter alia*, MICHAEL DI PIPPO makes the following threats of violence, great bodily harm, and death, in the Rip-off Report Postings:

   a. "I told my girlfriend at the time, that I was going to get a plane ticket, go to Invent Tech's offices and systematically murder the heads of the company. . ."

   b. "I want revenge."

   c. "I am no longer with the girl who held me down and back from their executions."

   d. "Where I come from bullets are a lot cheaper."

   (Note, said statements are excerpts—Please See Composite Exhibit "A".)

14. Further, MICHAEL DI PIPPO incites others to commit violent acts against Plaintiff, its principals and its employees.

15. The aforementioned statements constitute assault under Fla. Stat. § 784.011.

16. MICHAEL DI PIPPO's Rip-off Report Postings were made with malicious intent, and for what MICHAEL DI PIPPO describes as "revenge." Said Rip-off Report Postings demonstrate malice aforethought, an utter disregard for the law, and a wanton state of mind with which MICHAEL DI PIPPO violated Plaintiff's and its employees' legal rights.

Motion for Emergency Temporary Injunction: Invention Technologies v. Di Pippo: Page 3 of 16
Gary W. Pollack, P.A.
1260 SunTrust Int'l Center ∞ One S.E. Third Ave. ∞ Miami, Florida 33131-1714 ∞ Tel. (305) 373-9676

34 of 64

17. RIP-OFF REPORT.COM has a contract with its members (persons that post to its website), entitled "Rip-off Report Membership Terms & Conditions." Said contract states, *inter* alia, that members "shall not post on [RIP-OFF REPORT.COM] any defamatory, inaccurate, abusive, obscene, profane, offensive, threatening, harassing, racially offensive, or illegal material, or any material that infringes or violates another party's rights. (Excerpt from Paragraph 2 of Contract, for full terms of Contract, See Attached Exhibit "B".)

18. Before a 'consumer complaint' is posted to the website, where it can be viewed by the public, RIP-OFF REPORT.COM/ XCENTRIC VENTURES, LLC.'s agents review the report to redact profanity, obscenity, threats, etc., so that it will comport with the contractual terms of the Rip-off Report Membership Terms & Conditions Contract.

19. RIP-OFF REPORT.COM has failed to enforce the terms of its contract with MICHAEL DI PIPPO, and has failed to redact MICHAEL DI PIPPO's egregious harassing and threatening statements in the Rip-off Report Postings.

20. RIP-OFF REPORT.COM has an explicit written policy of never removing any postings from its website. Thus, a court order is required to remove MICHAEL DI PIPPO's Rip-off Report Postings.

## **ELEMENTS OF TEMPORARY INJUNCTION**

21. MICHAEL DI PIPPO's threats of violence, great bodily harm, and death in the Rip-off Report Postings, were viewed by INVENTION TECHNOLOGIES INC.'s employees, and created actual, reasonable fear of imminent peril amongst Plaintiff's employees.

22. MICHAEL DI PIPPO had and continues to have the present apparent ability to effectuate his threats of violence, great bodily harm, and death. To wit, based upon information and belief, MICHAEL DI PIPPO owns numerous firearms, and he has posted pictures of himself with guns on the internet. (See Attached Exhibit "C".)

23. MICHEAL DI PIPPO's threats of violence, great bodily harm, and death in the Rip-off Report Postings have directly and proximately:

    a. caused and continue to cause substantial harm to Plaintiff's reputation and disruption to its business operations; and

    b. caused and continue to cause Plaintiff's employees, located in Miami-Dade County, Florida, severe mental anguish and to fear for their safety.

24. RIP-OFF REPORT.COM's failure to enforce the terms of its contract (specifically, paragraph 2) with MICHAEL DI PIPPO has caused harm to Plaintiff and its employees.

25. The harm is ongoing, as Plaintiff's employees continue to be in fear of violence, great bodily harm, and death against them by MICHAEL DI PIPPO, and Plaintiff's business operations continue to be interrupted due to said fear.

26. Because the harm to Plaintiff is ongoing, Plaintiff has no adequate remedy at law.

27. As a result of MICHAEL DI PIPPO's tortious conduct, Plaintiff and its employees have suffered irreparable injury and severe mental anguish, and will continue to suffer irreparable injury and severe mental anguish, unless and until Defendant is ordered to retract his harassing and threatening statements by removing the Rip-off

Reports Postings, and Defendant is enjoined from making further harassing and/or threatening statements towards Plaintiff, its employees, and/or principals.

28. There is a substantial likelihood of success on the merits on Plaintiff's count for Assault, as MICHEAL DI PIPPO's Rip-off Report Postings facially constitute assault.

29. The balance of harms weighs in favor of Plaintiff; the ongoing injury to Plaintiff and its employees is vast, while any possible injury to Defendants from removing the posted harassing and threatening material is slight or nonexistent.

30. Public policy favors restricting threats of violence, great bodily harm, and death, which serves no public benefit, and preventing innocent employees from experiencing mental anguish.

31. No Notice was provided to Defendants, as the Rip-off Report Postings must be removed as soon as possible in order to alleviate Plaintiff's employee's fears of harm and severe mental anguish.

32. No notice for the instant Emergency Injunction was provided to Defendant RIP-OFF REPORT.COM, as it is included in this action for the sole purpose of effectuating the removal of MICHAEL DI PIPPO's threatening and harassing Rip-off Report Postings and to ensure compliance with this Court's Order. Plaintiff seeks no damages against RIP-OFF REPORT.COM.

33. No notice for the instant Emergency Injunction was provided to Defendant MICHAEL DI PIPPO, because the nature of MICHAEL DI PIPPO's threats suggests that he has dangerous propensities and notice could put Plaintiff's employees in jeopardy of reprisal from MICHAEL DI PIPPO.

## MEMORANDUM OF LAW IN SUPPORT OF
## EMERGENCY TEMPORARY INJUNCTION

### A. Jurisdiction and Applicable Law

The Court has jurisdiction over the parties by way of Florida's long-arm statue (Fla. Stat. § 48.193(1)(b)), which, in pertinent part, states:

(1) "Any person, whether or not a citizen or resident of this state, who personally or through an agent does any of the acts enumerated in this subsection thereby submits himself or herself and, if he or she is a natural person, his or her personal representative to the jurisdiction of the courts of this state for any cause of action arising from . . .

(b) Committing a tortious act within this State."

The non-resident Defendant, MICHAEL DI PIPPO committed tortious acts in Florida by way of his electronic communications into Florida, and the underlying action for defamation, assault, and injunctive relief arises directly out of said communications. MICHAEL DI PIPPO intentionally and maliciously targeted Plaintiff, a Florida Corporation with its principal place of business in Miami-Dade County, Florida, with tortious statements and threats of violence, great bodily harm, and death; thus the injury from MICHAEL DI PIPPO's actions occurred in Miami-Dade County, Florida.

Defendant RIP-OFF REPORT.COM posted, and continues to post MICHAEL DI PIPPO's harassing and threatening statements on its website; thus, the injury from RIP-OFF REPORT.COM's actions occurred in Miami-Dade County, Florida. RIP-OFF REPORT is an interactive website, which *inter alia*, solicits and accepts donations from Florida residents and companies, publishes information on Florida residents and companies, allows consumers to search for companies in Florida, and to which Florida

residents may post comments. Zippo Mfg. Co. v. Zippo Dot Com, Inc., 952 F. Supp 1119 (W.D. Pa. 1997), a seminal case involving the internet and jurisdiction over nonresident defendants, sets forth a sliding scale analysis for internet jurisdiction as follows: "the likelihood that personal jurisdiction can be constitutionally exercised is directly proportionate to the nature and quality of commercial activity that an entity conducts over the Internet." Id at 1124; See also George S. May v. Xcentric Ventures, LLC., 409 F. Supp. 2d. 1052 (N.D. Ill 2006). (Holding that through its interactive website and commercial activities, XCENTRIC VENNTURES LLC., d/b/a RIP-OFF REPORT.COM had sufficient contacts to establish jurisdiction.) RIP-OFF REPORT.COM has sufficient minimum contacts in the state of Florida to establish personal jurisdiction, and the exercise of the 11th Judicial Circuit Court's jurisdiction over RIP-OFF REPORT.COM comports with due process. In similar suits, Florida courts have previously determined that jurisdiction existed over XCENTRIC VENNTURES LLC., d/b/a RIP-OFF REPORT.COM. See Whitney Information Network, Inc. v. Xcentric Ventures, LLC., 2008 WL 450095 (M.D. Fla. 2008). Further, this Court should note that in case No. 04-16967 CA 27, filed in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, the Honorable Maxine Cohen exercised jurisdiction over XCENTRIC VENNTURES LLC., d/b/a RIP-OFF REPORT.COM in regards to the posting of tortious materials on its website. Jurisdiction and venue are proper in Miami-Dade County, for both Defendants under Florida's long-arm statue (Fla. Stat. § 48.193(1)(b)).

Further, Florida law is controlling over the instant controversy, because the injury occurred in the State of Florida. State Farm Mutual Automotive Ins. Co. v. Olsen, 406

So. 2d 1109 (Fla. 1981) (Holding that state where the injury occurred was the decisive consideration in determining the applicable choice of law.); <u>Wendt v. Horowitz</u>, 822 So. 2d 1252 (Fla. 2002) (Stating, "committing a tortious act into Florida can occur by making a telephonic, electronic, or written communication into the State, provided that the tort allegedly arises from said communications."); <u>Becker v. Hooshmand, M.D.</u>, 841 So. 2d 561 (Fla. 4th DCA 2003).

## B. <u>Court's Power to Enter Ex-Parte Temporary Injunction</u>

Fla. R. Civ. Pro. 1.610 permits this Court to enter a Temporary Injunction without notice to the adverse party if (1) it appears from the specific facts shown by affidavit or verified pleading that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and (2) the movant's attorney certifies in writing any efforts that have been made to give notice and the reasons why notice should not be required.

A corporation has the same rights as individuals to injunctive relief. In regards to the remedy of injunction, corporations stand in the same position as individuals. <u>See Am Jur. 2d Corporations § 1882.</u>

Florida courts have the power to enter injunctions to enjoin repeat violence. Assault constitutes violence under Fla. Stat § 784.046. At least two separate instances of violence must have been committed by the party to be enjoined, one of which must have occurred within the last six months. Plaintiff does not proceed under this statue, rather Plaintiff speaks to said injunction against repeat violence by way of analogy. In the instant action, MICHAEL DI PIPPO made two egregious statements, on two separate occasions. In <u>George S. May v. Xcentric Ventures, LLC.</u>, 409 F. Supp. 2d.

1052 (N.D. Ill 2006), the Illinois District Court entered a Temporary Restraining Order enjoining XCETIRC VENTURES, LLC., d/b/a RIP-OFF REPORT.COM from making, hosting or transmitting any false or deceptively misleading descriptions, statements or representations concerning [Plaintiff] George S. May, its business, owner, officers, employees, and/or agents . . ." Id. at 1054. The posting of death threats has no public benefit and is not protected by the First Amendment. In general, Courts are wary of this type of behavior. The Court need only be reminded of the recent arrest of Calin Chi Wong, in Homestead, Florida, who posted threats on the internet regarding a recreation of the Virginia Tech. massacre. According to NBC news, Wong told police that making the threats made him feel good, because, "he had thousands of people on the internet paying attention to him." See Article: "Homestead Man Threatens To Re-Create Virginia Tech Shootings", located at http://www.nbc6.net/news/15787318/detail.html, available on 05/05/08. This Court should not allow MICHAEL DI PIPPO's threats to remain on the internet, where the statements alone continue to harm Plaintiff's employees and have the potential to incite others to commit violent acts.

### C. Elements of Temporary Injunction Satisfied

The requisites for the issuance of a temporary injunction are (1) the inadequacy of a remedy at law; (2) the likelihood of irreparable injury if not issued; (3) the probability of success on the merits by the party seeking relief; and (4) considerations of the public interest. Naegele Outdoor Advertising Co. v. City of Jacksonville, 659 So. 2d 1046, 1047 (Fla. 1995). Additionally, under Third District precedent, a court should consider whether the threatened injury to petitioner outweigh any possible harm to the

41 of 64

respondent. *See Miami-Dade County v. Fernandez,* 905 So.2d 213, 215 (Fla. 3d DCA 2005).

### i. Inadequacy of a Remedy at Law and Likelihood of Irreparable Harm

MICHEAL DI PIPPO's threats of violence, great bodily harm, and death in the Rip-off Report Postings have directly and proximately caused and continue to cause substantial harm to Plaintiff's business operations and reputation, and caused and continue to cause Plaintiff's employees, located in Miami-Dade County, Florida, severe mental anguish and to fear for their safety. The harm is ongoing, as Plaintiff's employees continue to be in fear of violence, great bodily harm, and death against them by MICHAEL DI PIPPO, and Plaintiff's business operations continue to be interrupted due to said fear. Because the harm to Plaintiff is ongoing, Plaintiff has no adequate remedy at law. Further, living in fear of violence, great bodily harm, and death may cause Plaintiff's employees permanent, irreparable psychological damage.

### ii. Likelihood of Success on the Merits

There is substantial, competent evidence of MICHAEL DI PIPPO's assault, and dangerous propensities in the attached printouts of his Rip-of Report Postings. Fla. Stat § 784.011(1) defines Assault as, "an intentional, unlawful threat by word or act to do violence to the person of another, coupled with an apparent ability to do so, and doing some act which creates a well-founded fear in such other person that such violence is immanent." MICHAEL DI PIPPO's Rip-off Report statements make various threats of violence, great bodily harm, and death against Plaintiff's employees and principals. MICHAEL DI PIPPO owns firearms. MICHAEL DI PIPPO's threats have caused and continue to cause Plainitff's employees severe mental anguish and to fear for their

safety. There is a substantial likelihood of success on the merits on Plaintiff's count for Assault, as MICHAEL DI PIPPO's Rip-off Report Postings constitute assault on their face.

### iii. Considerations of Public Interest

Plaintiff employs over two dozen persons in Miami-Dade County. The citizens of this county deserve to live in peace and with peace of mind. MICHAEL DI PIPPO's threats of violence, great bodily harm, and death to Plaintiff's employees serve no public benefit whatsoever. The Rip-off Report Postings are detrimental to the public interest.

### iv. Balance of Harms

Relative hardship to Plaintiff and its employees is great; Plaintiff's employees continue to live in fear and suffer severe mental anguish, while the hardship to Defendant MICHAEL DI PIPPO is non-existant, as he has no legal right to make tortious, harassing and threatening statements for purposes of what he deems as 'revenge'. The harm to Defendant XCENTRIC VENTURES, LLC., d/b/a RIP-OFF REPORT is slight or non-existent as well, as the material at issue violates Rip-off Report's written policies and contact with MICHAEL DI PIPPO and serves no beneficial purpose. XCENTRIC VENTURES, LLC., d/b/a RIP-OFF REPORT states that it will not post harassing and/or threatening 'consumer complaints' on its website.

## D. Ex-Parte Injunctive Relief Proper

No Notice was provided to Defendants, as the Rip-off Report Postings must be removed as soon as possible in order to alleviate Plaintiff's employee's fears of harm and severe mental anguish. No notice for the instant Emergency Injunction was

provided to Defendant RIP-OFF REPORT.COM, as it is included in this action for the purpose of effectuating the removal of MICHAEL DI PIPPO's threatening and harassing Rip-off Report Postings and to ensure compliance with this Court's Order. Notice would be futile against RIP-OFF REPORT.COM, due to its policy of not removing any postings absent a court order. Further, Plaintiff seeks no damages against RIP-OFF REPORT.COM. No notice for the instant Emergency Injunction was provided to Defendant MICHAEL DI PIPPO, because the nature of MICHAEL DI PIPPO's threats suggest that he has dangerous propensities and notice could put Plaintiff's employees in jeopardy of reprisal from MICHAEL DI PIPPO.

### E. Conclusion

In Conclusion, for the aforementioned reasons, this Court should find that the requisite elements for injunctive relief have been satisfied, no notice to the adverse parties should be required, and that the public interest and the balance of harms weighs in favor of granting the instant Temporary Injunction.

WHEREFORE Plaintiff respectfully requests this Honorable Court to issue its Order against Defendants, as follows:

  a) That MICHAEL DI PIPPO shall retract his harassing and threatening postings from RIP-OFF REPORT.COM; specifically:

  i. The April 20th, 2008 posting, entitled: "Invent Tech They Stole the (original) Spiderman web shooter Glove Idea from me! Internet."

ii.  The April 23rd, 2008 posting, entitled: "Invent-Tech UPDATE - Invent
     Tech - I Filed a Complaint with the Fedral Trade Commission...
     Internet."

b) That MICHAEL DI PIPPO is ordered to instruct XCENTRIC VENTURES, LLC,
   d/b/a RIP-OFF REPORT.COM. in writing to retract and permanently remove
   said harassing and threatening Rip-off Report Postings, referenced in a)
   above, from the RIP-OFF REPORT.COM website, and that MICHAEL DI
   PIPPO shall file his written instructions to remove the Rip-off Report Postings
   within ten (10) days of being served with this Order.

c) That XCENTRIC VENTURES, LLC, d/b/a RIP-OFF REPORT.COM. is
   ordered to update its website as follows:

     i.   The postings described in a) above shall be removed from RIP-OFF
          REPORT.

     ii.  There shall be no reference to the postings described in a)

     iii. The space formerly occupied by the postings described in a) shall
          remain blank.

d) That XCENTRIC VENTURES, LLC, d/b/a RIP-OFF REPORT.COM. is
   enjoined from directly or indirectly posting, hosting or disseminating any
   harassing or threatening statements regarding Plaintiff, INVENTION
   TECHNOLOGIES, INC, and/or its owners, officers, employees, and/or
   agents.

Motion for Emergency Temporary Injunction: Invention Technologies v. Di Pippo: Page 14 of 16
Gary W. Pollack, P.A.
1260 SunTrust Int'l Center ∞ One S.E. Third Ave. ∞ Miami, Florida 33131-1714 ∞ Tel. (305) 373-9676

45 of 64

e) That Defendant, MICHAEL DI PIPPO., shall cease and desist and is enjoined from directly or indirectly, making or causing to be made, or posting or statement which is defamatory, harassing, and/or threatening regarding Plaintiff, INVENTION TECHNOLOGIES, INC., and/or owner, officers, employees, and/or agents in the future; and

f) This Court shall retain jurisdiction over the parties hereto, and the subject matter of this cause, to enforce the instant Order, and to award applicable damages, attorney's fees, and costs, and any other relief this Court deems just and proper.

DATED this 5 day of May, 2008.

> Respectfully submitted,
>
> GARY W. POLLACK, P.A.
> Attorney for Plaintiff
> 1260 SunTrust International Center
> One S.E. 3rd Avenue
> Miami, FL 33131
> Tel: (305) 373-9676
> Fax:(305) 373-9679
>
> By: _____
> Gary W. Pollack
> Fla. Bar # 313114

Motion for Emergency Temporary Injunction: Invention Technologies v. Di Pippo: Page 15 of 16
Gary W. Pollack, P.A.
1260 SunTrust Int'l Center ∞ One S.E. Third Ave. ∞ Miami, Florida 33131-1714 ∞ Tel. (305) 373-9676

46 of 64

## VERIFICATION

I, ~~Peter Doran~~, authorized representative of Invention Technologies, Inc. , and in my capacity of the position of ~~President~~ within the company, declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. ' 1746 and Fla. Stat. ' 92.525, that I have read the foregoing Plaintiff=s Emergency Motion for Ex-Parte Temporary Injunction, and the facts stated herein are true and correct.

Dated: May ___5___ , 2008

Name: _____

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

The foregoing instrument was acknowledged before me this __5TH__ day of ~~April~~ May, 2008, by __PETER    DORAN__ .

_Allan Sequeira   05/05/08_
NOTARY PUBLIC STATE OF FLORIDA

_ALLAN   SEQUEIRA_
Print, type, or stamp commissioned
name of notary

✓ Produced Identification

FL DL # __D650-679-58-302-0__

Allan Sequeira
Commission #DD531358
Expires: MAR. 21, 2010
www.AARONNOTARY.com

Motion for Emergency Temporary Injunction: Invention Technologies v. Di Pippo: Page 16 of 16
Gary W. Pollack, P.A.
1260 SunTrust Int'l Center ∞ One S.E. Third Ave. ∞ Miami, Florida 33131-1714 ∞ Tel. (305) 373-9676

47 of 64

Submitted: 4/20/2008 8:55:56 AM

To Whom it May Concern,

I am a Sheetmetal worker in NYC. I am in charge of the sign division/outdoor advertisements. I do the ball in Times Square for New Years each yr, maintain all of the billboards, big screen tvs, moving images & signage on Broadway, 42nd street & Times Square. As part of my job, we do mass advertisements sometimes hudreds of feet tall & wide. We hang billboards, signs for upcoming movies, adverts for companies etc.. Before the 1st spiderman movie came out, I called Marvel & told them about an Idea I had & that we had to act fast because (this can be corroberated) I was just about to install a 40' blow up version of spiderman on Lowe's theater in Times Square as a promotion for the upcoming Spiderman movie. The woman from Marvel stopped me in my tracks during the phone call & said 'DO NOT tell me anything, you must protect your Idea'. So, I followed her advice & after a few minutes, we discussed a few different things but never my full Idea. We then ended the call. My next call was to Invent Tech, which I thought was a reputable company. I discussed a little about the Idea & didn't want to tell them the rest of my Idea until it was protected. He (not sure of the person's name I spoke to since it was several yrs ago) ASSURED me that if I signed a confidentiallity agreement, I would be safe. So, I did, I also sent in a drawing of my invention. (also attached)

Three weeks to a month later I received a letter from them (Invent Tech) stating that they did not want to pursue the Idea & that I was on my own, blah blah blah. My Idea was a spiderman glove that shot silly string. Not 3 months later, MY idea was on tv for sale. I was enraged & didn't know what to do. The spiderman movie came out & I started seeing several commercials for the simple glove & the silly string can that attached to it to shoot a simulated web. I told my girlfriend at the time, that I was going to get a plane ticket, go to Invent Tech's office & systematically murder the heads of the company in their desk chairs since they lied to me & stole my chances at a better more fruitful life & that if the Idea went through, they were behind it because nothing goes on in a big company without the heads of the companies knowing about it. My girlfriend threatened to leave me if I continued to talk that way, so I was forced to shut up about it. We didn't have money for a lawyer, so the Idea of getting back at them died.

She convinced me that Invent Tech wouldn't do that to me or anyone else because they were a big company & didn't need to do that. I finally calmed down & forgot about chasin my my dream due to the love I had for my girlfriend. I kept the paperwork since 1992. Then I did a web search because I was always curious about what would or could have been. Then I see all these accusations on the web against them & my pain has begun again. April 29th 92' is the anniversary of my submittal. I am not starving now by any means. I make $38.00 + an hr as a Union worker & since then have accumulated several licenses in my field ranging from a NYC Crane Operator, welder, Scaffolding, O.S.H.A certs etc.. So I don't want anyone to think I am some bandwagon jumper. I did a thorough search for my initial sketch & finally found it. I was elated. Now I would like to know if 6 yrs is too long to sue them since I do have money, whom do I spoeak to about it & if there is a special lawyer for this. I figured your co. would know better what to do.



# EXHIBIT A

I am no longer with the girl who held me down & back from their executions. In a way I am glad she did. I would've had to do the deed, then punch out myself as well because I will NEVER go to jail because of something I didn't deserve & at the time I thought they deserved a violent death as I do to this day, each & every one who was responsible for the actual deed. My life is a little more full & I have a great one at that. However, it's a matter of principal. I want revenge. I researched & saw that another version of the web blaster silly string shooter has been made, & saw that millions are being made out of my original Idea. The new one is a lot more advanced than my Idea & frankly puts mine to shame. I kept the sketch w/ invent Tech's headers & confidentiality agreement which I gleefully signed & submitted.. I feel I was robbed. I am too old & have too mch to lose by killing anyone now. Although I do pray the ones that stole & profited from my Idea are killed in a car crash on Christmas Morning & will continue to do till my own death. What should I do? Please, I do not want anyone to think I am some unstable nut. I am not. I am a hard working individual, I run my own company online & still work as a NYC Crane Operator. Thank God I went back to school & took a few yrs of college or I would feel trapped in this life & still want to take revenge myself!

I decided to take pictures of the agreement to share with others & give my story an element of truth & you may use them on your web site as well. I have no fear of reprisal about what I have written or told here today. I am innocent of any wrong doings other than wanting a better life for myself & family. Nobody has been injured or harmed in any way shape or form, other than myself! I wish it were the other way around!!! I'm sure that if a young man with NOTHING to lose that has been wronged by this company or others acts out what every person is thinking of doing to big corporations who purposely steal & shun the little guy in this world, I'm sure NO invention company would ever steal another Idea from someone again. That man would be a pioneer! The dates of the pictures of my confidential agreement (attached) are inaccurate. They were taken Sunday, April 19th 2008. There is something wrong with the dates on my camera because it was bought on eBay.com as a damaged product. The date on the agreement is 4/29/02. That is accurate, right before the first Spiderman movie came out. The thieves at Invent Tech owe my X girlfriend their lives! I am creating a web site in Invent Tech's name to showcase my story & ordeal so that other potential income from weary inventors NEVER finds their way into their bank account or hands! Let them come after me. This remains unfinished business with me. It is still personal & dear to my heart! Too bad Invent Tech doesn't have an open email address instead of a web contact form. I called them Friday & left a message that I have recovered the paperwork, along with my phone number. They did not return my call, nor do I think they will ever.

On 911 I was in NYC operating a crane on 6th Ave at the time of the attacks on the WTC. I was caught in the hail of debri from the falling buildings. Then rushed to a hospiltal due to breathing difficulties. After observation, I was released & given some medication to help my breathing. I then saw fit to return to ground zero & help my City to recover. We were told my City officials that the air was clear & it was safe to return & help out my fellow man, which I willingly did. It was a terrible experience for all. I still have nightmares that wake me from sound sleep in a cold sweat.

I have since been inducted into the federal WTC Monitoring program in which they evaluated & diagnosed my illness. I will be on medication for the rest of my life. I take Singulair, Proventil & Advair to help me breathe each day. I will forever be bound to 911 by memories, numerous Dr's visits & trouble breathing. After one full year, I was told that some of my friends had passed away that day. I was both angered & sad. Carlos Lilo who was the only EMS worker killed, a childhood friend named Christopher Santora, a firefighter from Queens & another friend Chris Duffy, who had worked in the World Trade Center. I

created a web site for all who fell that day in my friend's memories called http://nyfd.org
When I made the web site, there were only two friends that I knew of, who didn't make it.
To this day the count is at seven. I still have a lump in my throat when I think of that day,
as I do writing this today.
One day I pray that I will have the courage to go & edit the site's death count. I am not
ready yet, nor do I know when I will be.

You have my full permission to use this testimony for free as you wish or see fit! Any
questions, please feel free to contact me.

Regards,
Michael Di Pippo, President & CEO
http://penrodsINC.com

p.s. I have the photos, actual paperwork, letters of the confidentiality agreement between
Invent - tech Thieves & myself. Also, if anyone thinks what I wrote is way too harsh & that
taking action against someone physically is wrong, you didn't grow up in NYC. Snitches
wore stiches. You had to do your own dirty laundry! This is my God given name & my
company. To this day I fear nothing. I was brought up to believe 'If you're in the right, keep
up the fight, sooner or later all others will join your plight'

I have come to believe that companies like invent tech with millions of dollars operate by
stealing an idea, sending you a discouraging letter in hopes of thwarting your efforts of
following up on your idea all the while patenting, negotiating behind your back for the sale
of your idea(s). If they are caught or busted or found guilty in a court of law, they simply
pay restitution ( a small amount) & keep operating their company with the rest of the
income they dervived from stealing your Ideas. They always come out the winner. They
have the means & money to battle anyone in the legal world with high cost lawyers, while
you struggle with the decision to go after them & have a hard time making ends meet.
Where I come from, bullets are a lot cheaper! We didn't dial 911.

Michael
Astoria, New York
U.S.A.

**Submitted: 4/21/2008 7:21:46 AM**

I filed a Complaint with the Federal Trade Commission about Invent - Tech Thieves! The Better Business Bureau is NEXT!

Let me be the first to tell Invent Tech,.. Well, 100th person.. A BIG F**** You to them & It's only a matter of time before your company collapses! I am systematically destroying your company for what you did to me. How does it feel to get F***ed?

You'll never rob another inventor again. Ripoffreport.com will be posting pictures I've submitted as PROOF of you screwing me over for a product that is now making millions of dollars & had a spinoff invention created from my original Idea. I wish I found ripoffreport.com in 2002. I would've submitted so many reports that when someone typed in Invent-Tech, MY reports would have a higher search engine placement than your own company!

I saw how you threaten people on the phone, attempt to use scare tactics etc.. I'm shaking in my boots!

Original Ripoffreport.com report:
http://ripoffreport.com/reports/0/327/RipOff0327444.htm

Michael
Astoria, New York
U.S.A.

# http://www.ripoffreport.com/termsofservice.asp

## 1. Ripoff Report Membership Terms & Conditions

To use this service, you must be at least 14 years old.
www.RipoffReport.com ("ROR") is an online forum created to help keep consumers
informed. ROR is operated by Xcentric Ventures, L.L.C. located at:
**Xcentric Ventures, L.L.C.**
Ripoff Report
P.O. Box 310
Tempe, AZ 85280
(602) 359-4357
This is a legal agreement ("Agreement") between you and Xcentric Ventures, L.L.C.
("Xcentric"). Please read the Agreement carefully before registering for ROR. By registering
for ROR, you agree to be bound by the terms and conditions of this Agreement (the
"Terms"). If you do not agree to the Terms, you are not permitted to use ROR.
The Terms are subject to change by Xcentric, at any time, without notice, effective upon
posting of a link to same on our website. Persons who are under 14 years old may not
register for ROR. By registering with ROR, you represent and warrant that you are at least
14 years old.
Xcentric reserves the right to immediately suspend or terminate your registration with ROR,
without notice, upon any breach of this Agreement by you which is brought to Xcentric's
attention.
Your registration with ROR is for your sole, personal use. You may not authorize others to
use your user identification and password, and you may not assign or otherwise transfer
your account to any other person or entity.

## 2. Online Conduct

**You agree that:**
You are solely responsible for the content or information you publish or display (hereinafter,
"post") on ROR.
You will NOT post on ROR any defamatory, inaccurate, abusive, obscene, profane, offensive,
threatening, harassing, racially offensive, or illegal material, or any material that infringes
or violates another party's rights (including, but not limited to, intellectual property rights,
and rights of privacy and publicity). You will use ROR in a manner consistent with any and
all applicable laws and regulations. By posting information on ROR, you warrant and
represent that the information is truthful and accurate.
You will not post, distribute or reproduce in any way any copyrighted material, trademarks,
or other proprietary information without obtaining the prior written consent of the owner of
such proprietary rights and except as otherwise permitted by law.

## 3. Indemnity

You will defend, indemnify, and hold harmless Xcentric, its officers, directors, employees,
agents and third parties, for any losses, costs, liabilities and expenses (including reasonable
attorneys' fees) relating to or arising out of your use of ROR, including, but not limited to,
any breach by you of the terms of this Agreement



**EXHIBIT B**

## 4. Online Content

Opinions, advice, statements, offers, or other information or content made available through ROR are those of their respective authors and not of Xcentric, and should not necessarily be relied upon. Such authors are solely responsible for the accuracy of such content. Xcentric does not guarantee the accuracy, completeness, or usefulness of any information on ROR and neither adopts nor endorses nor is responsible for the accuracy or reliability of any opinion, advice or statement made. Under no circumstances will Xcentric be responsible for any loss or damage resulting from anyone's reliance on information or other content posted on ROR.

## 5. Removal of Information

By posting information on ROR, you understand and agree that the material will not be removed even at your request. You shall remain solely responsible for the content of your postings on ROR.
While we do not and cannot review every message posted by users of the Service, and are not responsible for any content of these messages, we reserve the right, but are not obligated, to delete or remove profanity, obscenities, threats of physical violence or damage to property, and private financial information such as social security numbers and credit card information.

## 6. Proprietary Rights/Grant of Exclusive Rights

By posting information or content to any public area of www.RipoffReport.com, you automatically grant, and you represent and warrant that you have the right to grant, to Xcentric an irrevocable, perpetual, fully-paid, worldwide exclusive license to use, copy, perform, display and distribute such information and content and to prepare derivative works of, or incorporate into other works, such information and content, and to grant and authorize sublicenses of the foregoing.

## 7. Information Supplied by You

Except as provided otherwise in its privacy policy, Xcentric will keep confidential all information supplied by you to Xcentric, and shall use or disclose such information only for the purposes for which such information was collected, or as required by law.

## 8. Disclaimer of Warranty

Xcentric provides ROR on an "as is" basis and grants no warranties of any kind, express, implied, statutory, in connection with ROR or in connection with any communication with Xcentric or its representatives, or otherwise with respect to ROR. Xcentric specifically disclaims any implied warranties of merchantability, fitness for a particular purpose, or non-infringement. Xcentric does not warrant that ROR's connection to the internet will be secure, uninterrupted, always available, or error-free, or will meet your requirements, or that any defects in ROR will be corrected.

## 9. Limitation of Liability

In no event will Xcentric be liable: (i) to you for any incidental, consequential, or indirect damages arising out of the use of or inability to use ROR, even if Xcentric or its agents or representatives know or have been advised of the possibility of such damages or: (ii) to any person other than you. In addition, Xcentric disclaims all liability, regardless of the form of action, for the acts or omissions of other members or users (including, but not limited to, unauthorized users, or "hackers") of ROR.

## 10. State by State Variations

Certain jurisdictions limit the applicability of warranty disclaimers and limitations of liability so the above disclaimers of warranty and limitations of liability may not apply to you.

## 11. General Provisions

You agree that Arizona law (regardless of conflicts of law principles) shall govern this Agreement, that any dispute arising out of or relating to this Agreement shall be subject to the exclusive venue of the federal and state courts in the State of Arizona, and that you submit to the exclusive jurisdiction of the federal and state courts in the State of Arizona in connection with ROR or this Agreement. This Agreement, accepted upon registering for ROR, contains the entire agreement between you and Xcentric regarding the use of ROR. This Agreement may only be amended upon notice by Xcentric to you, or by a writing signed by you and an authorized official of Xcentric. Unless otherwise explicitly stated, the Terms will survive termination of your registration with ROR. If any provision of this Agreement is held invalid, the remainder of this Agreement shall continue in full force and effect.

## 12. Copyright Policy/Termination of User Privileges for Infringement and Contact Information for Suspected Copyright Infringement/DMCA Notices

We will terminate the privileges of any user who uses ROR to unlawfully transmit copyrighted material without a license, express consent, valid defense or fair use exemption to do so. In particular, users who submit user content to ROR, whether articles, images, stories, software or other copyrightable material must ensure that the content they upload does not infringe the copyrights of third parties.
If you believe that your copyright has been infringed through the use of ROR, please contact our Customer Service department at: info@ripoffreport.com or mail/fax at:
Ripoff Report Legal Department - Copyright Policy
P.O. Box 310
Tempe, AZ 85280
(602) 356-4357
You may also access contact information for ROR's Registered DMCA Agent via the United States Copyright Office's website here:
http://www.copyright.gov/onlinesp/agents/xcetven.pdf.



Printed from http://www.myspace.com/penfishingrods on May 5, 2008[1]

# EXHIBIT C

---

[1] Plaintiff claims no rights in this photograph.

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CASE NO: 08-25081 CA 02

INVENTION TECHNOLOGIES, INC.,
a Florida Corporation,

  Plaintiff,

vs.

MICHAEL DI PIPPO, and XCENTRIC
VENTURES,LLC, an Arizona Limited
Liability Company, d/b/a RIP-OFF
REPORT.COM,

  Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S VERIFIED MOTION FOR EMERGENCY EX-PARTE TEMPORARY INJUNCTION

  THIS CAUSE came before the Court, upon ex-parte hearing on Plaintiff,

INVENTION TECHNOLOGIES, INC.'s Verified Motion for Emergency Ex-parte

Temporary Injunction against Defendants, MICHAEL DI PIPPO and XCENTRIC

VENTURES, LLC, an Arizona Limited Liability Company, d/b/a RIP-OFF

REPORT.COM, and after reviewing Plaintiff's Verified Complaint and attachments and

Verified Motion for Emergency Ex-parte Temporary Injunction, the Court makes the

following specific findings of fact, and grants Plaintiff's Verified Motion for Emergency

Ex-parte Temporary Injunction against Defendants, MICHAEL DI PIPPO and

XCENTRIC VENTURES, LLC, an Arizona Limited Liability Company, d/b/a RIP-OFF

REPORT.COM as follows:

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

1. Jurisdiction and venue are proper in Miami-Dade County, for both Defendants under Florida's long-arm statue (Fla. Stat. § 48.193(1)(b)).

2. On April 20th, 2008 and on April 23rd, 2008, MICHAEL DI PIPPO made intentional, malicious, and unlawful threats of violence, great bodily harm, and death, directed towards the employees and principals of Plaintiff Corporation (hereinafter referred to as "Rip-off Report Postings").

3. RIP-OFF REPORT.COM posted MICHAEL DI PIPPO's harassing and threatening statements to its website, where are currently freely accessible to the public.

4. *Inter alia*, MICHAEL DI PIPPO makes threats of violence, great bodily harm, and death, in the Rip-off Report Postings, which include the following language:

   a. "I told my girlfriend at the time, that I was going to get a plane ticket, go to Invent Tech's offices and systematically murder the heads of the company. . ."

   b. "I want revenge."

   c. "I am no longer with the girl who held me down and back from their executions."

   d. "Where I come from bullets are a lot cheaper."

5. Further, MICHAEL DI PIPPO incites others to commit violent acts against Plaintiff, its principals and its employees.

6. The aforementioned statements constitute assault under Fla. Stat. § 784.011.

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

7. RIP-OFF REPORT.COM has failed to enforce the terms of its contract with MICHAEL DI PIPPO prohibiting harassing and/or threatening statements, and has failed to redact MICHAEL DI PIPPO's egregious harassing and threatening statements in the Rip-off Report Postings.

8. MICHAEL DI PIPPO's threats of violence, great bodily harm, and death in the Rip-off Report Postings, were viewed by INVENTION TECHNOLOGIES INC.'s employees, and created actual, reasonable fear of imminent peril amongst Plaintiff's employees.

9. MICHAEL DI PIPPO had and continues to have the present apparent ability to effectuate his threats of violence, great bodily harm, and death. To wit, based upon information and belief, MICHAEL DI PIPPO owns firearms, and he has posted pictures of himself with a gun on the internet.

10. MICHEAL DI PIPPO's threats of violence, great bodily harm, and death in the Rip-off Report Postings have directly and proximately:

    a. caused and continue to cause substantial harm to Plaintiff's business operations and reputation; and

    b. caused and continue to cause Plaintiff's employees, located in Miami-Dade County, Florida, mental anguish and to fear for their safety.

11. The harm is ongoing, as Plaintiff's employees continue to be in fear of violence, great bodily harm, and death against them by MICHAEL DI PIPPO, and Plaintiff's business operations continue to be interrupted due to said fear.

12. Because the harm to Plaintiff is ongoing, Plaintiff has no adequate remedy at law.

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

13. As a result of MICHAEL DI PIPPO's tortious conduct, Plaintiff and its employees have suffered irreparable injury and severe mental anguish, and will continue to suffer irreparable injury and severe mental anguish, unless and until Defendant is ordered to retract his harassing and threatening statements by removing the Rip-off Reports Postings, and Defendant is enjoined from making further harassing and/or threatening statements towards Plaintiff, its employees, and/or principals.

14. There is a substantial likelihood of success on the merits on Plaintiff's count for Assault, as MICHAEL DI PIPPO's Rip-off Report Postings facially constitute assault.

15. The balance of harms weighs in favor of Plaintiff; the ongoing injury to Plaintiff and its employees is vast, while any possible injury to Defendants from removing the posted harassing and threatening material is slight or nonexistent.

16. Public policy favors restricting threats of violence, great bodily harm, and death, which serve no public benefit, and preventing innocent employees from experiencing mental anguish.

17. No Notice to Defedants was required for the following reasons:

    a. The Rip-off Report Postings must be removed as soon as possible in order to alleviate Plaintiff's employee's fears of harm and severe mental anguish.

    b. Defendant RIP-OFF REPORT.COM is included in this action for the purpose of effectuating the removal of MICHAEL DI PIPPO's threatening and harassing Rip-off Report Postings and to ensure compliance with this



A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN CLERK

Court's Order. Plaintiff seeks no damages against RIP-OFF REPORT.COM.

c. No notice for the instant Emergency Injunction was provided to Defendant MICHAEL DI PIPPO, because the nature of MICHAEL DI PIPPO's threats suggests that he has dangerous propensities and notice could put Plaintiff's employees in jeopardy of reprisal from MICHAEL DI PIPPO.

WHEREFORE, based upon the above findings, this Court finds that Plaintiff has demonstrated a clear and legal right to relief requested, <u>grants Plaintiff's Emergency Motion for Ex-Parte Temporary Injunctions, and Orders as follows:</u>

a) That MICHAEL DI PIPPO shall retract his harassing and threatening postings from RIP-OFF REPORT.COM; specifically:

    i. The April 20th, 2008 posting, entitled: "Invent Tech They Stole the (original) Spiderman web shooter Glove Idea from me! Internet."

    ii. The April 23rd, 2008 posting, entitled: "Invent-Tech UPDATE - Invent Tech - I Filed a Complaint with the Fedral Trade Commission... Internet."

b) That MICHAEL DI PIPPO is ordered to instruct XCENTRIC VENTURES, LLC, d/b/a RIP-OFF REPORT.COM. in writing to retract and permanently remove said harassing and threatening Rip-off Report Postings, referenced in a) above, from the RIP-OFF REPORT.COM website, and that MICHAEL DI PIPPO shall file his written instructions to remove the Rip-off Report Postings within ten (10) days of being served with this Order.

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

c) That XCENTRIC VENTURES, LLC, d/b/a RIP-OFF REPORT.COM. is ordered to update its website as follows:

    i.    The postings described in a) above shall be removed from RIP-OFF REPORT.

    ii.    There shall be no reference to the postings described in a)

    iii.    The space formerly occupied by the postings described in a) shall remain blank.

d) That XCENTRIC VENTURES, LLC, d/b/a RIP-OFF REPORT.COM. is enjoined from directly or indirectly posting, hosting or disseminating any harassing or threatening statements regarding Plaintiff, INVENTION TECHNOLOGIES, INC, and/or its owners, officers, employees, and/or agents.

e) That Defendant, MICHAEL DI PIPPO., shall cease and desist and is enjoined from directly or indirectly, making or causing to be made, or posting or statement which is defamatory, harassing, and/or threatening regarding Plaintiff, INVENTION TECHNOLOGIES, INC., and/or owner, officers, employees, and/or agents in the future; and

f) This temporary injunction shall take effect upon each defendant upon service, and binds MICHAEL DI PIPPO his agents and representatives, and XCENTRIC VENTURES, LLC., d/b/a RIP-OFF REPORT.COM and its officers, employees, agents, and representatives, upon the posting of bond in the amount of $ _1, 000_____. This temporary injunction is entered on

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

61 of 64

this _6_ day of May, 2008 at _11:45_ (A.M./P.M.) time and shall last for a period of two (2) years from today's date, or until rescinded or modified by further order of this Court. This Court further reserves jurisdiction over the parties hereto, and the subject matter of this cause, to enter all appropriate orders to enforce the instant Order, and regarding the entitlement to, and amount of applicable damages, attorney's fees, and costs, and any other relief this Court deems just and proper.

g) The Court sets for hearing to modify, dissolve or continue this temporary injunction, May/June _20_, 2008 at _9:00_ (A.M./P.M.)

DONE and ORDERED in Chambers at Miami-Dade County, Florida this _6_ day of May, 2008.

_____

CIRCUIT JUDGE    **Ronald M. Friedman**

STATE OF FLORIDA, COUNTY OF MIAMI-DADE

I hereby certify that the foregoing is a true and correct copy of the original on file in this office MAY 10 AD 2008

HARVEY RUVIN, CLERK
Circuit and County Courts        (SEAL)

Deputy Clerk _____

cc to:

GARY W. POLLACK, Esq.
MICHAEL DI PIPPO
XCENTRIC VENTURES, LLC., d/b/a RIP-OFF REPORT.COM

☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUD ☐ CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | BOND |
|---|---|
| ☒ CIVIL | ☐ NON RESIDENT COST BOND |
| ☐ OTHER | ☒ INJUNCTION BOND |
| | ☐ NE EXEAT BOND |

| PLAINTIFF(S) | VS. DEFENDANT(S) |
|---|---|
| INVENTION TECHNOLOGIES, INC. | MICHAEL DI PIPPO, and XCENTRIC VENTURES, LLC, an Arizona Limited Liability Company, d/b/a RIP-OFF REPORT.COM, |

CASE NUMBER:   08-25081 CA 02

WE, __INVENTION TECHNOLOGIES, INC._____, as principal and

___Invention Technologies, Inc.___, as Surety, are bound to

__Defendants_____, in the sum of $ __1,000.00__ for the payment

of which we bind ourselves, our heirs, personal representatives, successors, and assigns, jointly and severally.

THE CONDITION OF THIS BOND/OBLIGATION is such that:

**NON RESIDENT COST:**
☐ the plaintiff shall pay all costs and charges that are adjudged against plaintiff in this action, then this bond is void; otherwise it remains in force.

**INJUNCTION:**
☒ whereas the above named Principal shall pay any damages that may accrue as a result of being improperly restrained (or enjoined) in this action, then this bond is void, otherwise to remain in full force and effect.

**NE EXEAT:**
☐ whereas, as pursuant to Court Order dated _____ the above named principal is posting $_____ bond to: ☐ obtain a Writ of Ne Exeat or ☐ to stay the Writ of Ne Exeat issued on _____.

Signed and Sealed on ___May_____ ,20 __08__ .

_____ (SEAL)
Principal

_____ Surety

_____ (SEAL)
As Attorney in Fact As Surety

GARY W. POLLACK
TAKEN and APPROVED

| HARVEY RUVIN CLERK OF COURTS | BY:_____ DEPUTY CLERK | MAY 1 2 2008 DATE |
|---|---|---|

CLK/CT 430 REV. 7/02

Clerk's web address: www.miami-dadeclerk.com

CLOCK IN

2008 MAY 12 PM 2:26
FILED FOR RECORD
CLERK CIRCUIT & COUNTY COURTS
DADE COUNTY, FLA.
CIVIL #93

# 08-21451-CIV-GOLD/MCALILEY

**JS 44** (Rev. 11/05)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

FILED by **IG** D.C.
ELECTRONIC

**May 20, 2008**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### I. (a) PLAINTIFFS

Invention Technologies, Inc., a Florida Corporation

### DEFENDANTS

Michael Di Pippo, and Xcentric Ventures, Limited Liability Company d/b/a Rip-Off Report.Com

**(b)** County of Residence of First Listed Plaintiff  Miami-Dade
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Gary W. Pollack, Esq., Gary W. Pollack, P.A., 1260 SunTrust International Center, One S.E. Third Avenue, Miami, Florida 33131 (305) 373-9676

Attorneys (If Known)

Brian J. Stack, Esq., Stack Fernandez Anderson & Harris, P.A., 1200 Brickell Ave., Suite 950, Miami, FL 33131 (305) 371-0001

**(d)** Check County Where Action Arose: ☑ MIAMI- DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☑ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

*Date 08CV21451-Gold/McAliley*

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

### V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).

(See instructions second page): a) Re-filed Case ☐ YES ☑ NO    b) Related Cases ☐ YES ☑ NO

JUDGE                    DOCKET NUMBER

### VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):  28 U.S.C. §1332   Claim for damages and injunctive relief

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☑ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE May 20, 2008

**FOR OFFICE USE ONLY**

AMOUNT 350   RECEIPT # 080429   IFP